

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: August 10, 2015

Susan V. Kelley
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| In Re: | Case No. |
|---|---|
| Lee Michael Novak and Maria Guadalupe Novak | 13-35921-svk |
| Nickolas H Drake and Tricia M. Drake | 14-20423-svk |
| Karen M. Shaw | 14-21069-svk |
| Eli R Hanel | 14-23728-svk |
| James M. Hartzheim and Tracy L. Hartzheim | 14-25189-svk |
| Daniel George Roth and Lois Kristine Roth | 14-25238-svk |
| Franklin L Lord | 14-26791-svk |
| Richard W Champion and Joan S Champion | 14-26962-svk |
| Lamar K. Thomas | 14-27521-svk |
| James St Louis and Janet StLouis | 14-27982-svk |
| Angeline Barfield | 14-28174-svk |
| Nicholas J Pawelski and Heather M. Pawelski | 14-28181-svk |
| Nancy Ann Minella | 14-28767-svk |
| Mark L. Vieau | 14-30850-svk |
| Jacqueline Michelle Ford | 14-31021-svk |
| James L. Stewart | 14-31867-svk |
| Linda Marie Kucek | 14-31992-svk |
| Adam J Gelhausen and Amy J Gelhausen | 14-32653-svk |
| Thomas W. Breede and Sherry E. Breede | 14-32778-svk |

_____

Attorney Amy J. Smith
Kohner, Mann & Kailas, S.C.
Washington Building
4650 North Port Washington Road
Milwaukee, WI 53212-1059
Telephone: (414) 962-5110
Facsimile: (414) 962-8725
asmith@kmksc.com

| | |
|---|---|
| Rita Parker | 15-20185-svk |
| Robert T. MacDonald and Laura L. MacDonald | 15-21152-svk |
| Susan M Kropetz | 15-21460-svk |
| Thomas McGovern and Sharon McGovern | 15-25408-svk |
| Monty Lu Betts and Karen Ann Betts | 15-27726-svk |

ORDER FOR SUBSTITUTION OF COUNSEL

This matter having been brought before the court pursuant to the Stipulation for Substitution of Counsel by Attorney Amy J. Smith and Attorney Michael A. Fowdy,

**IT IS HEREBY ORDERED** that the stipulation substituting Attorney Amy J. Smith for Attorney Michael A. Fowdy is approved.

#####